UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERROL VICTOR, SR., ET AL** | **CIVIL ACTION** |
| **VERSUS** | **NO: 11-0095** |
| **ST. JOHN THE BAPTIST PARISH CORRECTIONAL CENTER, ET AL** | **SECTION: "B" (1)** |

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiffs' 42 U.S.C. § 1983 claims against the defendants, St. John the Baptist Parish Correctional Center and Phillip J. Hebert, are **DISMISSED WITHOUT PREJUDICE** for insufficient service of process.

New Orleans, Louisiana, this 24th day of October, 2011.

_____
UNITED STATES DISTRICT JUDGE